UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MATTHEW JOSEPH (#82660)

VERSUS

RICHARD STALDER, SECRETARY, ET AL

CIVIL ACTION

NO. 07-155-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 27, 2007. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, this matter will be dismissed, without prejudice to the petitioner's right to seek further relief after the conditions set forth in <u>Heck v. Humphrey</u> are met.

Baton Rouge, Louisiana, October 23, 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA